**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Pablo Madrigal ZEPEDA, Defendant—
Appellant.**

No. 04–30338.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Katherine Jill Bolton, Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff-Appellee.

Nicholas W. Marchi, Esq., Carney & Marchi, P.S., Seattle, WA, for Defendant-Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Pablo Madrigal Zepeda appeals the sentence imposed following a guilty plea conviction for conspiracy to distribute a controlled substance, methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Zepeda was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 915–16 (9th Cir.2005) (extending *Ameline*'s limited remand procedure to cases involving non-constitutional *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) error).

REMANDED.